IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| BRIAN MORROW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST TEXAS GAS UTILITY, LLC,<br><br>Defendant. | Case No. 7:23-cv-00174-DC |

**NOTICE OF PENDING SETTLEMENT AND
JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff Brian Morrow and Defendant West Texas Gas Utility, LLC (together, the "Parties") hereby notify the Court that the Parties have reached an agreement in principle to settle this matter. Given the foregoing, the Parties respectfully request the Court stay all proceedings in this matter, as outlined in the Court's scheduling order (ECF No. 49), until October 1, 2025 pursuant to its inherent case management authority, pending the contemplated resolution and dismissal of the case. Such a stay will preserve judicial resources and facilitate efficient case resolution. Accordingly, the Parties respectfully request a stay of proceedings until October 1, 2025.

[*Rest of Page Intentionally Blank. Signature Page Follows.*]

| | |
|---|---|
| Dated: August 22, 2025 | Respectfully submitted, |
| | |
| */s/ Danielle L. Perry* | */s/ Robert P. Crumpler* |
| Gary E. Mason (pro hac vice) | Robert P. Crumpler |
| Danielle L. Perry (pro hac vice) | Texas Bar No. 00793569 |
| Lisa A. White (pro hac vice) | rcrumpler@dgclaw.com |
| **MASON LLP** | **DAVIS, GERALD & CREMER P.C.** |
| 5335 Wisconsin Avenue NW, Suite 640 | 400 W. Illinois Ave., Ste. 1400 |
| Washington, DC 20015 | Midland, TX 79701 |
| Tel: (202) 429-2290 | (432) 687-0011 |
| gmason@masonllp.com | (432) 687-1735 (facsimile) |
| dperry@masonllp.com | |
| lwhite@masonllp.com | Robert S. Velevis (pro hac vice) |
| | Texas Bar No. 24047032 |
| Jarrett L. Ellzey | rvelevis@sidley.com |
| Texas Bar No. 24040864 | Garrett M. Lance (pro hac vice) |
| Leigh Montgomery | Texas Bar No. 24138555 |
| Texas Bar No. 24052214 | glance@sidley.com |
| Alexander G. Kykta | **SIDLEY AUSTIN LLP** |
| Texas Bar No. 24107841 | 2021 McKinney Ave., Ste. 2000 |
| **ELLZEY & ASSOCIATES, PLLC** | Dallas, TX 75201 |
| 1105 Milford Street | (214) 981-3300 |
| Houston, Texas 77006 | (214) 981-3400 (facsimile) |
| Tel: (713) 554-2377 | |
| Fax: (888) 276-3455 | |
| jarrett@ellzeylaw.com | *Counsel for Defendant* |
| leigh@ellzeylaw.com | |
| alex@ellzeylaw.com | |
| | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This 22nd day of August, 2025.

/s/ *Danielle L. Perry*
Danielle L. Perry